# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

## APPLICATION FOR ADMISSION PRO HAC VICE

**NOTICE TO ATTORNEY APPLICANTS FOR ADMISSION PRO HAC VICE**: THE FILING OF THIS APPLICATION AND ENTRY OF ANY ORDER GRANTING IT **DO NOT** AUTOMATICALLY PROVIDE YOU WITH NOTICES IN THIS CASE OR "FILING USER" ACCESS TO THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF MINNESOTA CM/ECF SYSTEM. IN ORDER TO RECEIVE E-MAIL NOTICES AND/OR TO FILE DOCUMENTS ELECTRONICALLY, ATTORNEYS ADMITTED PRO HAC VICE MUST SUBMIT A COMPLETED ATTORNEY REGISTRATION FORM, SUCCESSFULLY COMPLETE A TEST FILING [DOCUMENT/NOTICE OF APPEARANCE] AND FILE A NOTICE OF APPEARANCE.

In re:

| | |
|---|---|
| Dakota Plains Holdings, Inc., | Case No. 16-43711 |
| Dakota Plains Transloading, LLC, | Case No. 16-43712 |
| Dakota Plains Sand, LLC, | Case No. 16-43715 |
| Dakota Plains Marketing, LLC, | Case No. 16-43716 |
| DPTS Marketing LLC, | Case No. 16-43717 |
| Dakota Petroleum Transport Solutions, LLC, | Case No. 16-43718 |
| DPTS Sand, LLC, | Case No. 16-43721 |
| Debtors. | Chapter 11 Cases |

## Affidavit of Movant

I, Michael F. McGrath, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice <u>Elizabeth A. Green</u>, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Southern District of Florida and the Middle District of Florida, but not admitted to the bar of this court, who will be counsel for Dakota Plains Holdings, Inc. and its affiliated debtors and debtors in possession in the cases listed above.[1] I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to server as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the cases listed above, and accept service of all papers served.

Check one of the following:

☒ I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by U.S. District

---

[1] The Order granting this Application will serve to admit the proposed admittee to practice in the cases noted above and any adversary proceedings to those cases in which the admittee appears. If the movant declines to serve as local counsel in any such adversary proceedings, a second Application for Pro Hac Vice involving a different movant will be required.

Court Local Rule 83.5(d) (sign and complete information below).

☐ I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under U.S. District Court Local Rule 83.5. I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by Local Rule 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

Signature: _____  Date: 12-21-16

MN Attorney License #: 168610

Affidavit of Proposed Admittee:

I, Elizabeth A. Green, am currently a member in good standing of the U.S. District Court for the Southern District of Florida and the Middle District of Florida, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the cases listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that, while the U.S. Bankruptcy Court for the District of Minnesota is an electronic court, I will receive notice and service by mail unless and until I submit the *CM/ECF New Registration and Change User Information Form* and one test motion, after which I will receive notice by electronic means.

Signature: _____  Date: 12/21/2016

Typed Name: Elizabeth A. Green

Attorney License Number: 0600547 _____ issued by the State of FL (initials)

Law Firm Name:     Baker & Hostetler LLP

Law Firm Address:  SunTrust Center, Suite 2300

                   200 South Orange Avenue

                   Orlando, Florida 32801-3432

Main phone:        (407) 649-4000

Direct line:       (407) 649-4036

E-mail address:    egreen@bakerlaw.com

You must file this form and the Pro Hac Vice admission fee of $100 with the Clerk of Bankruptcy Court before you will be included in the roll of admitted attorneys and receive notices in the above-entitled bankruptcy cases.