UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Jointly Administered under Case No. 16-43711 |
| Dakota Plains Holdings, Inc., et al, | Court File No. 16-43711 (MER) |
| Debtors. | |
| | Court File Nos.: |
| Dakota Plains Transloading, LLC, | 16-43712 |
| Dakota Plains Sand, LLC, | 16-43715 |
| Dakota Plains Marketing, LLC, | 16-43716 |
| DPTS Marketing LLC, | 16-43717 |
| Dakota Petroleum Transport Solutions, LLC, | 16-43718 |
| DPTS Sand, LLC, | 16-43721 |
| | Chapter 11 Cases<br>Judge Michael E. Ridgway |

**NOTICE OF HEARING FOR ENTRY OF FINAL ORDER (I) AUTHORIZING THE DEBTORS (A) TO UTILIZE CASH COLLATERAL OF THE PREPETITION SECURED PARTIES, (B) TO OBTAIN POSTPETITION SECURED FINANCING, AND (C) TO PROVIDE ADEQUATE PROTECTION TO THE PREPETITION SECURED PARTIES, (II) AND GRANTING RELATED RELIEF**

TO:    The parties-in-interest as specified in Local Rule 9013-3(a)(2).

**PLEASE TAKE NOTICE** that, on December 21, 2016, Dakota Plains Holdings, Inc. and the above-captioned debtors and debtor in possession (collectively, the "**Debtors**") filed the Notice of Hearing and Motion for Entry of Interim and Final Orders (I) Granting an Expedited Hearing, (II) Authorizing the Debtors (A) to Utilize Cash Collateral of the Prepetition Secured Parties, (B) to Obtain Postpetition Secured Financing, and (C) to Provide Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [ECF No. 10] (the "**Motion**") with the United States Bankruptcy Court for the District of Minnesota (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, on December 29, 2016, the Court entered the Interim Order (I) Granting an Expedited Hearing, (II) Authorizing the Debtors (A) to Utilize Cash Collateral of the Prepetition Secured Parties, (B) to Obtain Postpetition Secured Financing, and (C) to Provide Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [ECF No. 36] (the "**Interim DIP Order**"), which approved the relief requested in the Motion on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the portion of the Motion seeking final relief will be held on January 17, 2017 at 10:00 a.m. (prevailing Central time) before the Honorable Michael E. Ridgway, United States Bankruptcy Judge for the District of Minnesota, in Courtroom No. 7 West, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, 55415.

**PLEASE TAKE FURTHER NOTICE** that any response to the Motion must be filed and delivered to the parties-in-interest as specified in Local Rule 9013-3(b) not later than **12:00 p.m. (prevailing Central time on January 12, 2017**. **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION ON A FINAL BASIS WITHOUT A HEARING**.

**PLEASE TAKE FURTHER NOTICE** that any reply to any response to the Motion must be filed and delivered to (i) counsel for the Debtors, Baker Hostetler, Attn: Elizabeth Green, SunTrust Center, Suite 2300, 200 South Orange Avenue, Orlando, Florida 32801-3432, facsimile: (407) 841-0168, Email: egreen@bakerlaw.com; and Eric Goodman, Key Tower, 127 Public Square, Suite 2000, Cleveland, Ohio 44114-1214, facsimile: (216) 696-0740, Email: egoodman@bakerlaw.com; (ii) counsel for the DIP Agent and the Prepetition Agent, Moore & Van Allen, Attn: Alan W. Pope, 100 North Tryon Street, Suite 4700, Charlotte, North Carolina 28202-4003; (iii) counsel to any Committee; and (iv) the Office of the United States Trustee, 1015 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, not later than **12:00 p.m. (prevailing Central time) on January 16, 2017**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and Interim DIP Order may be obtained for a fee at http://www.mnb.uscourts.gov/

[*Remainder of Page Intentionally Left Blank*]

Dated: January 3, 2017

Respectfully submitted,

/e/ Michael F. McGrath
Michael F. McGrath (#168610)
Will R. Tansey (#323056)
RAVICH MEYER KIRKMAN MCGRATH NAUMAN
& TANSEY, PA
150 S. Fifth Street, Suite 3450
Minneapolis, MN 55402
Telephone: 612.317.4744
Email: mfmcgrath@ravichmeyer.com
      wrtansey@ravichmeyer.com

Elizabeth A. Green
Jimmy D. Parrish
BAKER & HOSTETLER LLP
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
Telephone: 407.649.4000
Email: egreen@bakerlaw.com
      jparrish@bakerlaw.com

Eric R. Goodman
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square
Suite 2000
Cleveland, OH 44114-1214
Telephone: 216.621.0200
Email: egoodman@bakerlaw.com

*Proposed Counsel for the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Jointly Administered under Case No. 16-43711 |
| Dakota Plains Holdings, Inc., et al, | Court File No. 16-43711 (MER) |
| Debtors. | |

Court File Nos.:

| | |
|---|---|
| Dakota Plains Transloading, LLC, | 16-43712 |
| Dakota Plains Sand, LLC, | 16-43715 |
| Dakota Plains Marketing, LLC, | 16-43716 |
| DPTS Marketing LLC, | 16-43717 |
| Dakota Petroleum Transport Solutions, LLC, | 16-43718 |
| DPTS Sand, LLC, | 16-43721 |

Chapter 11 Cases
Judge Michael E. Ridgway

## CERTIFICATE OF SERVICE

Eric R. Goodman of Baker & Hostetler LLP, under penalty of perjury, states that on January 3, 2017 he caused to be served the foregoing *Notice of Hearing for Entry of Final Order (I) Authorizing the Debtors (A) to Utilize Cash Collateral of the Prepetition Secured Parties, (B) to Obtain Postpetition Secured Financing, and (C) to Provide Adequate Protection to the Prepetition Secured Parties, (II) and Granting Related Relief* upon:

| Pelican Gathering Systems LLC<br>3657 89th Ave NW<br>New Town, ND 58763 | Anna Phillips<br>Stone Phillips, LLC<br>PO Box 500787<br>Atlanta, GA 31150 | Tom Pratt<br>Applied Business Strategy LLC<br>1100 Superior Avenue East<br>Suite 1750<br>Cleveland, OH 44114 |
|---|---|---|
| U.S. Dept. of the Interior<br>Bureau of Land Management<br>5001 Southgate Drive<br>Billings, MT 59101 | Canaccord Genuity, Inc.<br>Attn.: Geoffrey Richards<br>5345 Madison Avenue<br>New York, NY 10022 | BioUrja Trading, LLC<br>Eldridge Oaks I<br>1080 Eldridge Pkwy<br>Suite 1175<br>Houston, TX 77077 |
| Alan W. Pope, Esq.<br>Moore & Van Allen PLLC<br>100 N. Tryon Street<br>Suite 4700<br>Charlotte, NC 28202-4003 | Robert T. Kugler, Esq.<br>Stinson Leonard Street LLP<br>150 S. Fifth Street<br>Suite 2300<br>Minneapolis, MN 55402 | Benjamin J. Court, Esq.<br>Stinson Leonard Street LLP<br>150 S. Fifth Street<br>Suite 2300<br>Minneapolis, MN 55402 |

{00329280 }

| Stephen E. Gruendel, Esq.<br>Moore & Van Allen PLLC<br>100 N. Tryon Street<br>Suite 4700<br>Charlotte, NC  28202-4003 | Gabriel L. Mathless, Esq.<br>Moore & Van Allen PLLC<br>100 N. Tryon Street<br>Suite 4700<br>Charlotte, NC  28202-4003 | |

via U.S. Mail to the addresses listed above, all creditors and parties in interest listed on the attached combined court mailing matrix dated January 3, 2017, and electronically by Notice of Electronic Filing upon all parties who have requested electronic service in these cases by filing the same via ECF with the Bankruptcy Court in the District of Minnesota.

/e/ Eric R. Goodman
Eric R. Goodman

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0864-4<br>Case 16-43711<br>District of Minnesota<br>Minneapolis<br>Tue Jan  3 10:00:58 CST 2017 | DAKOTA PLAINS HOLDINGS, INC.<br>294 GROVE LANE EAST<br>WAYZATA, MN 55391-1698 | Minneapolis<br>301 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 |
| Advanced Imaging Solutions<br>PO Box 790448<br>Saint Louis MO 63179-0448 | Ally Financial<br>PO Box 380901<br>Bloomington MN 55438-0901 | BNSF Railway Company<br>3110 Solutions Center<br>Chicago IL 60677-3001 |
| Boatworks II, LLC<br>294 Grove Lane East<br>Suite 100<br>Wayzata MN 55391-1681 | Boxcar Companies LLC<br>374 Wickaboag Valley Rd.<br>West Brookfield MA 01585-2610 | Butte, Anaconda & Pacific<br>Railway<br>300 West Commercial<br>Anaconda MT 59711-2171 |
| CSX Transportation, Inc.<br>PO Box 116651<br>Atlanta GA 30368-6651 | Canadian Pacific Railway Co.<br>CM-9527<br>Saint Paul MN 55170-9527 | DPTS Marketing, LLC<br>294 Grove Lane East<br>Wayzata MN 55391-1680 |
| DPTS Sand, LLC<br>294 Grove Lane East<br>Wayzata MN 55391-1680 | Dakota Petroleum Transport<br>Solutions, LLC<br>294 Grove Lane East<br>Wayzata MN 55391-1698 | Dakota Plains Marketing, LLC<br>294 Grove Lane East<br>Wayzata MN 55391-1698 |
| Dakota Plains Sand, LLC<br>294 Grove Lane East<br>Wayzata MN 55391-1698 | Dakota Plains Transloading LLC<br>294 Grove Lane East<br>Wayzata MN 55391-1698 | Faegre Baker & Daniels<br>2200 Wells Fargo Center<br>90 S. 7th Street<br>Minneapolis MN 55402-3901 |
| Foote Oilfield Services, LLC<br>PO Box 878<br>New Town ND 58763-0878 | Gabriel G. Claypool<br>20330 Western Road<br>Deephaven MN 55331-9220 | Global Companies, LLC<br>800 South Street<br>Waltham MA 02453-1489 |
| Hennepin County Assessor<br>A-2103 Government Center<br>300 South 6th Street<br>Minneapolis MN 55487-0999 | Hiland Crude, LLC<br>1001 Louisiana<br>Suite 1000<br>Houston TX 77002-5089 | IRS District Counsel<br>380 Jackson Street<br>Suite 650<br>Saint Paul MN 55101-4804 |
| Integra<br>6160 Golden Hills Drive<br>Minneapolis MN 55416-1020 | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Iowa Traction Railway<br>PO Box 1277<br>Lakeville MN 55044-1277 | Keokuk Junction Railway Co.<br>1318 S. Johnson Rd.<br>Peoria IL 61607-1130 | MN Dept. of Revenue<br>551 Bankruptcy Section<br>PO Box 64447<br>Saint Paul MN 55164-0447 |

```
McGrath North Mullin & Kratz            Mountrail County Treasurer         Mountrail Williams Electric
First National Tower Suite 3700         PO Box 69                          Cooperative
1601 Dodge Street                       Stanley ND 58784-0069              PO Box 1346
Omaha NE 68102-1650                                                        Williston ND 58802-1346


Murex, LLC                              North Dakota Dept. of Revenue      Office of the U.S. Trustee
55 Waugh Drive                          600 E. Boulevard Avenue            1015 US Courthouse
Suite 510                               Bismarck ND 58505-0599             300 South Fourth Street
Houston TX 77007-5840                                                      Minneapolis MN 55415-3070


Pearce & Durick                         Petroleum Transport Solutions,     Reed Smith LLP
314 E. Thayer Avenue                    LLC                                10 S. Wacker Drive
PO Box 400                              9800 NW 41st Street                40th Floor
Bismarck ND 58502-0400                  Miami FL 33178-2968                Chicago IL 60606-7506


Ryan R. Gilbertson                      Ryan R. Gilbertson                 San Luis & Rio Grande Railroad
1675 Neal Avenue                        c/o Rock Hutchinson, PLLP          118 S. Clinton Street
Delano MN 55328-9017                    1907 E. Wayzata Blvd., #330        Suite 400
                                        Wayzata MN 55391-2070              Chicago IL 60661-5772


Sard Verbinnen & Co., LLC               Securities and Exchange Comm.      SunTrust Bank, As Admin. Agent
630 Third Avenue                        175 West Jackson Blvd.             211 Perimeter Center Parkway
9th Floor                               Suite 900                          Suite 100
New York NY 10017-6752                  Chicago IL 60604-2908              Atlanta GA 30346-1305


Thompson Hine LLP                       U.S. Attorney                      U.S. Environmental Protection
Two Alliance Center                     600 US Courthouse                  Agency
3560 Lenox Road NE, Suite 1600          300 S. Fourth Street               PO Box 979077
Atlanta GA 30326-4274                   Minneapolis MN 55415-3070          Saint Louis MO 63197-9000


U.S. Oil & Refining Company             US Trustee                         Unimin Corporation
P.O. Box 2255                           1015 US Courthouse                 258 Elm Street
Tacoma WA 98401-2255                    300 S 4th St                       New Canaan CT 06840-5300
                                        Minneapolis, MN 55415-3070


Union Pacific Railroad Company          United Quality Cooperative         Vinson & Elkins, LLP
5074 Collections Center Dr.             240 3rd Street S.                  PO Box 301019
Chicago IL 60693-0050                   New Town ND 58763-4065             Dallas TX 75303-1019


Wells Fargo Dealer Services             Woodburn & Wedge                   World Fuel Services Corp.
PO Box 25341                            6100 Neil Road                     9800 NW 41st Street
Santa Ana CA 92799-5341                 Suite 500                          Suite 400
                                        Reno NV 89511-1159                 Miami FL 33178-2980


World Fuel Services, Inc.               Elizabeth A. Green                 Eric R Goodman
ATTN: Carlos Fornari                    Baker & Hostetler LLP              Baker & Hostetler LLP
9800 NW 41st St., Suite 400             200 South Orange Avenue            127 Public Square
Miami FL 33178-2980                     Suite 2300                         Ste 2000
                                        Orlando, FL 32801-3432             Cleveland, OH 44114-1214
```

| | | |
|---|---|---|
| Jimmy D. Parrish<br>Baker & Hostetler LLP<br>200 South Orange Ave<br>Suite 2300<br>Orlando, FL 32801-3432 | Joriah L Rose<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111-1099 | Michael F. McGrath<br>Ravich Meyer Kirkman & McGrath Nauman<br>15 South Fifth Street<br>Suite 3450<br>Minneapolis, MN 55402-1013 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Wells Fargo Place
30 E. 7th St,, Mail Stop 5700
Saint Paul MN 55101


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


| | | |
|---|---|---|
| (u)SunTrust Bank | (d)Dakota Plains Holdings, Inc.<br>294 Grove Lane East<br>Wayzata MN 55391-1698 | End of Label Matrix<br>Mailable recipients    62<br>Bypassed recipients     2<br>Total                  64 |