UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Jointly Administered under Case No. 16-43711 |
| Dakota Plains Holdings, Inc., et al, | Court File No. 16-43711 (MER) |
| Debtors. | |
| | Court File Nos.: |
| Dakota Plains Transloading, LLC, | 16-43712 |
| Dakota Plains Sand, LLC, | 16-43715 |
| Dakota Plains Marketing, LLC, | 16-43716 |
| DPTS Marketing LLC, | 16-43717 |
| Dakota Petroleum Transport Solutions, LLC, | 16-43718 |
| DPTS Sand, LLC, | 16-43721 |
| | Chapter 11 Cases<br>Judge Michael E. Ridgway |

**NOTICE OF SALE BY AUCTION AND SALE HEARING**

   **PLEASE TAKE NOTICE** that, on December 21, 2016, Dakota Plains Holdings, Inc. and the above-captioned debtors and debtor in possession (collectively, the "**Debtors**") filed the Notice of Motion of the Debtors for Entry of (I) an Expedited Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief and (II) an Order (A) Approving the Asset Purchase Agreement Between the Debtors and the Purchaser, (B) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts, (D) Authorizing the Distribution of Excess Sale Proceeds to Secured Creditors, and (E) Granting Related Relief [ECF No. 8] (the "**Sale Motion**") with the United States Bankruptcy Court for the District of Minnesota (the "**Court**").

   **PLEASE TAKE FURTHER NOTICE** that the Debtors are soliciting offers for the sale (the "**Sale**") of substantially all of the Debtors' assets (the "**Assets**") consistent with the bidding procedures (the "**Bidding Procedures**") approved by the Expedited Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and a Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of

Contracts, and (E) Granting Related Relief [ECF No. 38] (the "**Bid Procedures Order**")[1] entered by the Court on December 29, 2016.  **All interested bidders should carefully read the Bidding Procedures and Bidding Procedures Order**.  To the extent that there are any inconsistencies between this Notice and the Bidding Procedures or Bidding Procedures Order, the Bidding Procedures or Bidding Procedures Order, as applicable, shall govern in all respects.

**PLEASE TAKE FURTHER NOTICE** that, if the Debtors receive qualified competing bids within the requirements and time frame specified by the Bidding Procedures, the Debtors will conduct an auction (the "**Auction**") of the Assets on January 23, 2017 at 10:00 a.m. (prevailing Central Time) at Baker & Hostetler LLP's office at 811 Main Street, Suite 1100, Houston, Texas  77002-6111 (or at any other location as the Debtors may hereafter designate on proper notice).

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the Sale at a hearing (the "**Sale Hearing**") to be held on January 27, 2017 at 9:00 a.m. (prevailing Central time) before the Honorable Michael E. Ridgway, United States Bankruptcy Judge for the District of Minnesota, in Courtroom No. 7 West, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota,  55415.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise set forth in the Bidding Procedures Order with respect to any objections to proposed cure amounts or the assumption and assignment of Contracts, objections to the relief requested in the Sale Motion must:  (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules; (c) state with particularity the legal and factual basis for the objection and the specific grounds therefor; and (d) be filed with the Court and served so as to be actually received by 4:00 p.m. (prevailing Central Time) on or before seven (7) calendar days after the Bid Deadline by the following parties (the "**Notice Parties**"):

| **Proposed Counsel to the Debtors** | **Counsel to the Stalking Horse Bidder** |
|---|---|
| Baker & Hostetler LLP<br>Attn:  Elizabeth Green<br>SunTrust Center, Suite 2300<br>200 South Orange Avenue<br>Orlando, Florida  32801-3432 | BioUrja Trading, LLC<br>Eldridge Oaks I<br>1080 Eldridge Pkwy, Suite 1175<br>Houston, TX  77077 |
| **The United States Trustee** | **Counsel to the Agent** |
| Office of the United States Trustee<br>1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, Minnesota  55415 | Moore & Van Allen<br>Attn:  Alan W. Pope<br>100 North Tryon Street, Suite 4700<br>Charlotte, North Carolina  28202-4003 |

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Bid Procedures Order.

{00329282 }                                     2

**UNLESS A RESPONSE OPPOSING THE SALE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE SALE MOTION ON A FINAL BASIS WITHOUT A HEARING**.

---

**NO SUCCESSOR OR TRANSFEREE LIABILITY**

The Stalking Horse Purchase Agreement and proposed Sale Order provide that the Stalking Horse Bidder and/or Successful Bidder, if applicable, will have no responsibility for, and the Assets will be sold free and clear of, any successor liability, including the following: (a) any liability or other obligation of the Debtors' estates or related to the Assets other than as expressly set forth in the applicable Purchase Agreement; or (b) any claims against the Debtors, their estates, or any of their predecessors or affiliates. Except as expressly provided in the Sale Order or the applicable Purchase Agreement, the Stalking Horse Bidder or Successful Bidder shall have no liability whatsoever with respect to the Debtors' estates' (or their predecessors' or affiliates') respective businesses or operations or any of the Debtors' estates' (or their predecessors' or affiliates') obligations (as described below, "**Successor or Transferee Liability**") based, in whole or part, directly or indirectly, on any theory of successor or vicarious liabilities of any kind or character, including, but not limited to, any theory of antitrust, environmental, successor or transferee liability, labor law, de facto merger, or substantial continuity, whether known or unknown as of the Closing Date (as defined in the applicable Purchase Agreement), now existing or hereafter arising, whether asserted or unasserted, fixed or contingent, liquidated or unliquidated with respect to the Debtors or any obligations of the Debtors arising prior to the closing of the Sale, including, but not limited to, liabilities on account of any taxes arising, accruing, or payable under, out of, in connection with, or in any way relating to the operation of any of the Assets prior to the closing of the Sale.

---

**PLEASE TAKE FURTHER NOTICE** that copies of the Sale Motion, the Bidding Procedures, and the Bidding Procedures Order may be obtained for a fee at http://www.mnb.uscourts.gov/

[*Remainder of Page Intentionally Left Blank*]

Dated:  January 3, 2017

RAVICH MEYER KIRKMAN MCGRATH NAUMAN
& TANSEY, PA


/e/ Michael F. McGrath
Michael F. McGrath (#168610)
Will R. Tansey (#323056)
150 S. Fifth Street, Suite 3450
Minneapolis, MN  55402
Telephone:  612.317.4744
Email: mfmcgrath@ravichmeyer.com
          wrtansey@ravichmeyer.com

Elizabeth A. Green
Jimmy D. Parrish
BAKER & HOSTETLER LLP
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL  32801-3432
Telephone:  407.649.4000
Email: egreen@bakerlaw.com
          jparrish@bakerlaw.com

Eric R. Goodman
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square
Suite 2000
Cleveland, OH  44114-1214
Telephone:  216.621.0200
Email: egoodman@bakerlaw.com

*Proposed Counsel for the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Jointly Administered under Case No. 16-43711 |
| Dakota Plains Holdings, Inc., et al, | Court File No. 16-43711 (MER) |
| Debtors. | |
| | Court File Nos.: |
| Dakota Plains Transloading, LLC, | 16-43712 |
| Dakota Plains Sand, LLC, | 16-43715 |
| Dakota Plains Marketing, LLC, | 16-43716 |
| DPTS Marketing LLC, | 16-43717 |
| Dakota Petroleum Transport Solutions, LLC, | 16-43718 |
| DPTS Sand, LLC, | 16-43721 |
| | Chapter 11 Cases
Judge Michael E. Ridgway |

**CERTIFICATE OF SERVICE**

Eric R. Goodman of Baker & Hostetler LLP, under penalty of perjury, states that on January 3, 2017 he caused to be served the foregoing *Notice of Sale by Auction and Sale Hearing* upon:

| Pelican Gathering Systems LLC<br>3657 89th Ave NW<br>New Town, ND  58763 | Anna Phillips<br>Stone Phillips, LLC<br>PO Box 500787<br>Atlanta, GA  31150 | Tom Pratt<br>Applied Business Strategy LLC<br>1100 Superior Avenue East<br>Suite 1750<br>Cleveland, OH  44114 |
|---|---|---|
| U.S. Dept. of the Interior<br>Bureau of Land Management<br>5001 Southgate Drive<br>Billings, MT  59101 | Canaccord Genuity, Inc.<br>Attn.: Geoffrey Richards<br>5345 Madison Avenue<br>New York, NY  10022 | BioUrja Trading, LLC<br>Eldridge Oaks I<br>1080 Eldridge Pkwy<br>Suite 1175<br>Houston, TX  77077 |
| Alan W. Pope, Esq.<br>Moore & Van Allen PLLC<br>100 N. Tryon Street<br>Suite 4700<br>Charlotte, NC  28202-4003 | Robert T. Kugler, Esq.<br>Stinson Leonard Street LLP<br>150 S. Fifth Street<br>Suite 2300<br>Minneapolis, MN  55402 | Benjamin J. Court, Esq.<br>Stinson Leonard Street LLP<br>150 S. Fifth Street<br>Suite 2300<br>Minneapolis, MN  55402 |

{00329282 }

| Stephen E. Gruendel, Esq.<br>Moore & Van Allen PLLC<br>100 N. Tryon Street<br>Suite 4700<br>Charlotte, NC 28202-4003 | Gabriel L. Mathless, Esq.<br>Moore & Van Allen PLLC<br>100 N. Tryon Street<br>Suite 4700<br>Charlotte, NC 28202-4003 | |

via U.S. Mail to the addresses listed above, all creditors and parties in interest listed on the attached combined court mailing matrix dated January 3, 2017, and electronically by Notice of Electronic Filing upon all parties who have requested electronic service in these cases by filing the same via ECF with the Bankruptcy Court in the District of Minnesota.

                                                /e/ Eric R. Goodman
                                                Eric R. Goodman

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0864-4<br>Case 16-43711<br>District of Minnesota<br>Minneapolis<br>Tue Jan  3 10:00:58 CST 2017 | DAKOTA PLAINS HOLDINGS, INC.<br>294 GROVE LANE EAST<br>WAYZATA, MN 55391-1698 | Minneapolis<br>301 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 |
| Advanced Imaging Solutions<br>PO Box 790448<br>Saint Louis MO 63179-0448 | Ally Financial<br>PO Box 380901<br>Bloomington MN 55438-0901 | BNSF Railway Company<br>3110 Solutions Center<br>Chicago IL 60677-3001 |
| Boatworks II, LLC<br>294 Grove Lane East<br>Suite 100<br>Wayzata MN 55391-1681 | Boxcar Companies LLC<br>374 Wickaboag Valley Rd.<br>West Brookfield MA 01585-2610 | Butte, Anaconda & Pacific<br>Railway<br>300 West Commercial<br>Anaconda MT 59711-2171 |
| CSX Transportation, Inc.<br>PO Box 116651<br>Atlanta GA 30368-6651 | Canadian Pacific Railway Co.<br>CM-9527<br>Saint Paul MN 55170-9527 | DPTS Marketing, LLC<br>294 Grove Lane East<br>Wayzata MN 55391-1680 |
| DPTS Sand, LLC<br>294 Grove Lane East<br>Wayzata MN 55391-1680 | Dakota Petroleum Transport<br>Solutions, LLC<br>294 Grove Lane East<br>Wayzata MN 55391-1698 | Dakota Plains Marketing, LLC<br>294 Grove Lane East<br>Wayzata MN 55391-1698 |
| Dakota Plains Sand, LLC<br>294 Grove Lane East<br>Wayzata MN 55391-1698 | Dakota Plains Transloading LLC<br>294 Grove Lane East<br>Wayzata MN 55391-1698 | Faegre Baker & Daniels<br>2200 Wells Fargo Center<br>90 S. 7th Street<br>Minneapolis MN 55402-3901 |
| Foote Oilfield Services, LLC<br>PO Box 878<br>New Town ND 58763-0878 | Gabriel G. Claypool<br>20330 Western Road<br>Deephaven MN 55331-9220 | Global Companies, LLC<br>800 South Street<br>Waltham MA 02453-1489 |
| Hennepin County Assessor<br>A-2103 Government Center<br>300 South 6th Street<br>Minneapolis MN 55487-0999 | Hiland Crude, LLC<br>1001 Louisiana<br>Suite 1000<br>Houston TX 77002-5089 | IRS District Counsel<br>380 Jackson Street<br>Suite 650<br>Saint Paul MN 55101-4804 |
| Integra<br>6160 Golden Hills Drive<br>Minneapolis MN 55416-1020 | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Iowa Traction Railway<br>PO Box 1277<br>Lakeville MN 55044-1277 | Keokuk Junction Railway Co.<br>1318 S. Johnson Rd.<br>Peoria IL 61607-1130 | MN Dept. of Revenue<br>551 Bankruptcy Section<br>PO Box 64447<br>Saint Paul MN 55164-0447 |

| | | |
|---|---|---|
| McGrath North Mullin & Kratz<br>First National Tower Suite 3700<br>1601 Dodge Street<br>Omaha NE 68102-1650 | Mountrail County Treasurer<br>PO Box 69<br>Stanley ND 58784-0069 | Mountrail Williams Electric Cooperative<br>PO Box 1346<br>Williston ND 58802-1346 |
| Murex, LLC<br>55 Waugh Drive<br>Suite 510<br>Houston TX 77007-5840 | North Dakota Dept. of Revenue<br>600 E. Boulevard Avenue<br>Bismarck ND 58505-0599 | Office of the U.S. Trustee<br>1015 US Courthouse<br>300 South Fourth Street<br>Minneapolis MN 55415-3070 |
| Pearce & Durick<br>314 E. Thayer Avenue<br>PO Box 400<br>Bismarck ND 58502-0400 | Petroleum Transport Solutions, LLC<br>9800 NW 41st Street<br>Miami FL 33178-2968 | Reed Smith LLP<br>10 S. Wacker Drive<br>40th Floor<br>Chicago IL 60606-7506 |
| Ryan R. Gilbertson<br>1675 Neal Avenue<br>Delano MN 55328-9017 | Ryan R. Gilbertson<br>c/o Rock Hutchinson, PLLP<br>1907 E. Wayzata Blvd., #330<br>Wayzata MN 55391-2070 | San Luis & Rio Grande Railroad<br>118 S. Clinton Street<br>Suite 400<br>Chicago IL 60661-5772 |
| Sard Verbinnen & Co., LLC<br>630 Third Avenue<br>9th Floor<br>New York NY 10017-6752 | Securities and Exchange Comm.<br>175 West Jackson Blvd.<br>Suite 900<br>Chicago IL 60604-2908 | SunTrust Bank, As Admin. Agent<br>211 Perimeter Center Parkway<br>Suite 100<br>Atlanta GA 30346-1305 |
| Thompson Hine LLP<br>Two Alliance Center<br>3560 Lenox Road NE, Suite 1600<br>Atlanta GA 30326-4274 | U.S. Attorney<br>600 US Courthouse<br>300 S. Fourth Street<br>Minneapolis MN 55415-3070 | U.S. Environmental Protection Agency<br>PO Box 979077<br>Saint Louis MO 63197-9000 |
| U.S. Oil & Refining Company<br>P.O. Box 2255<br>Tacoma WA 98401-2255 | US Trustee<br>1015 US Courthouse<br>300 S 4th St<br>Minneapolis, MN 55415-3070 | Unimin Corporation<br>258 Elm Street<br>New Canaan CT 06840-5300 |
| Union Pacific Railroad Company<br>5074 Collections Center Dr.<br>Chicago IL 60693-0050 | United Quality Cooperative<br>240 3rd Street S.<br>New Town ND 58763-4065 | Vinson & Elkins, LLP<br>PO Box 301019<br>Dallas TX 75303-1019 |
| Wells Fargo Dealer Services<br>PO Box 25341<br>Santa Ana CA 92799-5341 | Woodburn & Wedge<br>6100 Neil Road<br>Suite 500<br>Reno NV 89511-1159 | World Fuel Services Corp.<br>9800 NW 41st Street<br>Suite 400<br>Miami FL 33178-2980 |
| World Fuel Services, Inc.<br>ATTN: Carlos Fornari<br>9800 NW 41st St., Suite 400<br>Miami FL 33178-2980 | Elizabeth A. Green<br>Baker & Hostetler LLP<br>200 South Orange Avenue<br>Suite 2300<br>Orlando, FL 32801-3432 | Eric R Goodman<br>Baker & Hostetler LLP<br>127 Public Square<br>Ste 2000<br>Cleveland, OH 44114-1214 |

Jimmy D. Parrish  
Baker & Hostetler LLP  
200 South Orange Ave  
Suite 2300  
Orlando, FL 32801-3432

Jorian L Rose  
Baker & Hostetler LLP  
45 Rockefeller Plaza  
New York, NY 10111-1099

Michael F. McGrath  
Ravich Meyer Kirkman & McGrath Nauman  
15 South Fifth Street  
Suite 3450  
Minneapolis, MN 55402-1013

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service  
Wells Fargo Place  
30 E. 7th St,, Mail Stop 5700  
Saint Paul MN 55101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)SunTrust Bank

(d)Dakota Plains Holdings, Inc.  
294 Grove Lane East  
Wayzata MN 55391-1698

End of Label Matrix  
Mailable recipients    62  
Bypassed recipients     2  
Total                  64