UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Jointly Administered under Case No. 16-43711 |
| Dakota Plains Holdings, Inc., et al., | Court File No. 16-43711 (MER) |
| Debtors. | |
| | Court File Nos.: |
| Dakota Plains Transloading, LLC, | 16-43712 |
| Dakota Plains Sand, LLC, | 16-43715 |
| Dakota Plains Marketing, LLC, | 16-43716 |
| DPTS Marketing LLC, | 16-43717 |
| Dakota Petroleum Transport Solutions, LLC, | 16-43718 |
| DPTS Sand, LLC, | 16-43721 |
| | Chapter 11 Cases<br>Judge Michael E. Ridgway |

### NOTICE OF RESCHEDULED CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that the confirmation hearing on the Debtors' Amended Joint Plan of Liquidation [Docket No. 168] has been rescheduled. The rescheduled hearing will be held on **September 6, 2017 at 10:00 a.m.** before the Honorable Michael E. Ridgway in Courtroom 7 West, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

{00361436 }

Dated: August 4, 2017                                          Respectfully submitted,

/e/ Elizabeth A. Green
Michael F. McGrath (#168610)
Will R. Tansey (#323056)
RAVICH MEYER KIRKMAN MCGRATH NAUMAN
& TANSEY, PA
150 S. Fifth Street, Suite 3450
Minneapolis, MN 55402
Telephone: 612.317.4744
Email: mfmcgrath@ravichmeyer.com
         wrtansey@ravichmeyer.com

Elizabeth A. Green
Jimmy D. Parrish
BAKER & HOSTETLER LLP
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
Telephone: 407.649.4000
Email: egreen@bakerlaw.com
         jparrish@bakerlaw.com

Eric R. Goodman
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square
Suite 2000
Cleveland, OH 44114-1214
Telephone: 216.621.0200
Email: egoodman@bakerlaw.com

*Counsel for the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Jointly Administered under Case No. 16-43711 |
| Dakota Plains Holdings, Inc., et al., | Court File No. 16-43711 (MER) |
| Debtors. | |
| | Court File Nos.: |
| Dakota Plains Transloading, LLC, | 16-43712 |
| Dakota Plains Sand, LLC, | 16-43715 |
| Dakota Plains Marketing, LLC, | 16-43716 |
| DPTS Marketing LLC, | 16-43717 |
| Dakota Petroleum Transport Solutions, LLC, | 16-43718 |
| DPTS Sand, LLC, | 16-43721 |
| | Chapter 11 Cases Judge Michael E. Ridgway |

### CERTIFICATE OF SERVICE

Elizabeth A. Green of Baker & Hostetler LLP, under penalty of perjury, states that on August 4, 2017 she caused to be served the foregoing *Notice of Rescheduled Confirmation Hearing* upon: All parties who have requested electronic service in these cases by filing the same via ECF with the Bankruptcy Court in the District of Minnesota and to all parties on the matrix attached to the original filed with the Court on this 4th day of August, 2017..

/e/ Elizabeth A. Green
Elizabeth A. Green

{00361436 }

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0864-4<br>Case 16-43711<br>District of Minnesota<br>Minneapolis<br>Fri Aug  4 13:02:03 CDT 2017 | Ally Financial Inc.<br>Riezman Berger, P.C.<br>7700 Bonhomme<br>7700 Bonhomme, 7th Floor<br>St. Louis, Mo 63105-1960 | Baker & Hostetler LLP<br>200 South Orange Ave<br>Ste 2300<br>Orlando, FL 32801-3432 |
| CARLSON ADVISORS LLC<br>7101 NORTHLAND CIR N #123<br>MINNEAPOLIS, MN 55428-1517 | Canaccord Genuity Inc<br>535 Madison Ave<br>New York, NY 10022-4214 | DAKOTA PLAINS HOLDINGS, INC.<br>294 GROVE LANE EAST<br>WAYZATA, MN 55391-1698 |
| Western Petroleum Company (BURTON)<br>c/o Matthew Burton<br>100 S 5th Street<br>Ste 2500<br>Minneapolis, Mn 55402-1234 | Whitley Penn LLC<br>3411 Richmond Ave<br>Ste 500<br>Houston, TX 77046-3409 | Minneapolis<br>301 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 |
| AIG PROPERTY CASUALTY INC.<br>Kevin J. Larner<br>175 Water Street, 15th Floor<br>New York, NY 10038-4918 | Advanced Imaging Solutions<br>PO Box 790448<br>Saint Louis MO 63179-0448 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Ally Financial<br>PO Box 380901<br>Bloomington MN 55438-0901 | BNSF Railway Company<br>3110 Solutions Center<br>Chicago IL 60677-3001 | Boatworks II, LLC<br>294 Grove Lane East<br>Suite 100<br>Wayzata MN 55391-1681 |
| Boxcar Companies LLC<br>374 Wickaboag Valley Rd.<br>West Brookfield MA 01585-2610 | Butte, Anaconda & Pacific<br>Railway<br>300 West Commercial<br>Anaconda MT 59711-2171 | Butte, Anaconda & Pacific Railway<br>3460 Momentum Place<br>Chicago IL 50589-5334 |
| CANADIAN PACIFIC RAILWAY CO<br>BLDG #7 478 MCPHILLIPS ST<br>WINNIPEG CANADA MB R2X2G8 | CSX Transportation, Inc.<br>PO Box 116651<br>Atlanta GA 30368-6651 | Canadian Pacific Railway Co.<br>CM-9527<br>Saint Paul MN 55170-9527 |
| Catherine McCabe, Acting Head<br>Environmental Protection Agency<br>1200 Pennsylvania Avenue NW<br>Washington DC 20460-0003 | DPTS Marketing, LLC<br>294 Grove Lane East<br>Wayzata MN 55391-1680 | DPTS Sand, LLC<br>294 Grove Lane East<br>Wayzata MN 55391-1680 |
| Dakota Petroleum Transport<br>Solutions, LLC<br>294 Grove Lane East<br>Wayzata MN 55391-1698 | Dakota Plains Marketing, LLC<br>294 Grove Lane East<br>Wayzata MN 55391-1698 | Dakota Plains Sand, LLC<br>294 Grove Lane East<br>Wayzata MN 55391-1698 |
| Dakota Plains Transloading LLC<br>294 Grove Lane East<br>Wayzata MN 55391-1698 | Faegre Baker & Daniels<br>2200 Wells Fargo Center<br>90 S. 7th Street<br>Minneapolis MN 55402-3901 | Foote Oilfield Services, LLC<br>PO Box 878<br>New Town ND 58763-0878 |

| | | |
|---|---|---|
| Gabriel G. Claypool<br>20330 Western Road<br>Deephaven MN 55331-9220 | Global Companies, LLC<br>800 South Street<br>Waltham MA 02453-1489 | Hennepin County Assessor<br>A-2103 Government Center<br>300 South 6th Street<br>Minneapolis MN 55487-0999 |
| Hiland Crude, LLC<br>1001 Louisiana<br>Suite 1000<br>Houston TX 77002-5089 | IRS District Counsel<br>380 Jackson Street<br>Suite 650<br>Saint Paul MN 55101-4804 | Integra<br>6160 Golden Hills Drive<br>Minneapolis MN 55416-1020 |
| Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Iowa Traction Railway<br>PO Box 1277<br>Lakeville MN 55044-1277 |
| Keokuk Junction Railway Co.<br>1318 S. Johnson Rd.<br>Peoria IL 61607-1130 | LOCKE LORD<br>CREDITORS ADJ BUREAU INC<br>PO BOX 5932<br>SHERMAN OAKS CA 91413-5932 | MN Dept. of Revenue<br>551 Bankruptcy Section<br>PO Box 64447<br>Saint Paul MN 55164-0447 |
| McGrath North Mullin & Kratz<br>First National Tower Suite 3700<br>1601 Dodge Street<br>Omaha NE 68102-1650 | Mountrail County Treasurer<br>PO Box 69<br>Stanley ND 58784-0069 | Mountrail Williams Electric<br>Cooperative<br>PO Box 1346<br>Williston ND 58802-1346 |
| Murex, LLC<br>55 Waugh Drive<br>Suite 510<br>Houston TX 77007-5840 | North Dakota Dept. of Revenue<br>600 E. Boulevard Avenue<br>Bismarck ND 58505-0599 | Office of the U.S. Trustee<br>1015 US Courthouse<br>300 South Fourth Street<br>Minneapolis MN 55415-3070 |
| Pearce & Durick<br>314 E. Thayer Avenue<br>PO Box 400<br>Bismarck ND 58502-0400 | Pelican Gathering Systems LLC<br>c/o Korbi Hart<br>1675 Broadway Suite 1600<br>Denver CO 80202-4610 | Petroleum Transport Solutions,<br>LLC<br>9800 NW 41st Street<br>Miami FL 33178-2968 |
| Reed Smith LLP<br>10 S. Wacker Drive<br>40th Floor<br>Chicago IL 60606-7506 | Ryan R. Gilbertson<br>1675 Neal Avenue<br>Delano MN 55328-9017 | Ryan R. Gilbertson<br>c/o Rock Hutchinson, PLLP<br>1907 E. Wayzata Blvd., #330<br>Wayzata MN 55391-2070 |
| San Luis & Rio Grande Railroad<br>118 S. Clinton Street<br>Suite 400<br>Chicago IL 60661-5772 | Sard Verbinnen & Co., LLC<br>630 Third Avenue<br>9th Floor<br>New York NY 10017-6752 | Securities and Exchange Comm.<br>175 West Jackson Blvd.<br>Suite 900<br>Chicago IL 60604-2908 |
| SunTrust Bank, As Admin. Agent<br>211 Perimeter Center Parkway<br>Suite 100<br>Atlanta GA 30346-1305 | Thompson Hine LLP<br>Two Alliance Center<br>3560 Lenox Road NE, Suite 1600<br>Atlanta GA 30326-4274 | U.S. Attorney<br>600 US Courthouse<br>300 S. Fourth Street<br>Minneapolis MN 55415-3070 |

| | | |
|---|---|---|
| U.S. Bank, N.A. dba U.S. Bank Equipment Fina<br>1310 Madrid Street<br>Marshall, MN 56258-4001 | U.S. Environmental Protection<br>Agency<br>PO Box 979077<br>Saint Louis MO 63197-9000 | U.S. Oil & Refining Company<br>P.O. Box 2255<br>Tacoma WA 98401-2255 |
| US Environmental Protection Agency<br>26 W Martin Luther King Drive<br>MS-002<br>Cincinnati OH 45220-2242 | US Trustee<br>1015 US Courthouse<br>300 S 4th St<br>Minneapolis, MN 55415-3070 | USA ON BEHALF OF EPA<br>US DEPT OF JUSTICE<br>PO BOX 7611<br>WASHINGTON DE 20044-7611 |
| Unimin Corporation<br>258 Elm Street<br>New Canaan CT 06840-5300 | Union Pacific Railroad Company<br>5074 Collections Center Dr.<br>Chicago IL 60693-0050 | United Quality Cooperative<br>240 3rd Street S.<br>New Town ND 58763-4065 |
| United Quality Cooperative<br>307 Main Street<br>New Town ND 58763-4000 | VINSON & ELKINS LLP<br>REBECCA L PETEREIT/VINSON & ELKINS LLP<br>2001 ROSS AVE STE 75201<br>DALLAS TX 75201-2975 | Vinson & Elkins, LLP<br>PO Box 301019<br>Dallas TX 75303-1019 |
| Wells Fargo Bank, N.A.<br>Business Direct Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 | Wells Fargo Bank, N.A., dba Wells Fargo Deal<br>PO Box 19657<br>IRVINE, CA 92623-9657 | Wells Fargo Dealer Services<br>PO Box 25341<br>Santa Ana CA 92799-5341 |
| Woodburn & Wedge<br>6100 Neil Road<br>Suite 500<br>Reno NV 89511-1159 | World Fuel Services Corp.<br>9800 NW 41st Street<br>Suite 400<br>Miami FL 33178-2980 | World Fuel Services, Inc.<br>ATTN: Carlos Fornari<br>9800 NW 41st St., Suite 400<br>Miami FL 33178-2980 |
| Elizabeth A. Green<br>Baker & Hostetler LLP<br>200 South Orange Avenue<br>Suite 2300<br>Orlando, FL 32801-3432 | Eric R Goodman<br>Baker & Hostetler LLP<br>127 Public Square<br>Ste 2000<br>Cleveland, OH 44114-1214 | James Thornton<br>Progressive Rail Inc<br>21778 Highview Ave<br>Lakeville, MN 55044-7541 |
| Jimmy D. Parrish<br>Baker & Hostetler LLP<br>200 South Orange Ave<br>Suite 2300<br>Orlando, FL 32801-3432 | Jorian L Rose<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111-1099 | Michael F. McGrath<br>Ravich Meyer Kirkman & McGrath Nauman<br>150 South Fifth Street<br>Suite 3450<br>Minneapolis, MN 55402-5311 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Wells Fargo Place
30 E. 7th St,, Mail Stop 5700
Saint Paul MN 55101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Canadian Pacific Railway Company

(u)Petroleum Transport Solutions LLC

(u)SunTrust Bank

(u)World Fuel Services Corporation

(u)World Fuels Services, Inc.

(d)Dakota Plains Holdings, Inc.
294 Grove Lane East
Wayzata MN 55391-1698

End of Label Matrix
Mailable recipients    83
Bypassed recipients     6
Total                  89