# EXHIBIT "B"

James L. Thornton<br>
4225 Wooddale Ave. S<br>
St. Louis Park, MN 55416

January 15, 2017

Gabe Claypool  
Chief Executive Officer  
Dakota Plains Holdings, Inc.  
294 Grove Lane East  
Wayzata, MN 55391  

## INVOICE

For Professional Services rendered for January 2017:

| | | |
|---|---|---:|
| Professional Fees | $ | 9,166.67 |
| Expenses | $ | 0.00 |
| Total: | $ | 9,166.67 |

Payment Instructions
_____

Please pay by wire transfer to:

HSBC Bank USA NA  
452 5th Ave.  
New York, NY  10018  
ABA Routing # 021001088  
For the account of James Leon Thornton  
Account #725140330

James L. Thornton
4225 Wooddale Ave. S
St. Louis Park, MN 55416

February 15, 2017

Gabe Claypool
Chief Executive Officer
Dakota Plains Holdings, Inc.
294 Grove Lane East
Wayzata, MN 55391

## INVOICE

For Professional Services rendered for February 2017:

| | |
|---|---:|
| Professional Fees | $ 9,166.67 |
| Expenses | $ 0.00 |
| Total: | $ 9,166.67 |

Payment Instructions

Please pay by wire transfer to:

HSBC Bank USA NA
452 5th Ave.
New York, NY 10018
ABA Routing # 021001088
For the account of James Leon Thornton
Account #725140330