# EXHIBIT "B"



March 15, 2017

Dakota Plains Holding Co.
Mr. Marty Beskow
294 Grove Lane East
Wayzata, MN  55391

Invoice: 284098
Client: 651184.0

Professional services rendered through February 28, 2017:

Professional services related to the audit of the Company's
financial statements and SEC filing.

| | | | | |
|---|---|---|---|---|
| 01/04/2017 | SEC Audit Procedures | Green,E | 1.00 | |
| 01/04/2017 | SEC Audit Procedures | Hebert | 7.00 | |
| 01/13/2017 | SEC Audit Procedures | Starr | 3.00 | |
| | | Current Amount | $ | 2,544.00 |
| **Prior Balance as of 02/01/2017** | | | | 0.00 |
| | | Total Amount Due | $ | 2,544.00 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 2,544.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,544.00 |

**DUE UPON RECEIPT**
Late fees applied on past due balances
Please include invoice number with remittance

*Remittance Address:*
1400 West 7th Street, Suite 400  Fort Worth, Texas 76102
billing@whitleypenn.com    817.259.9798

Austin        Dallas        Fort Worth        Houston