# EXHIBIT "B"

# Carlson Advisors, LLP

Certified Public Accountants
Management Consultants
*Taking Your Future Into Account*

Invoice No. 189532
Date 03/10/2017
Client No. 110280.000

DAKOTA PLAINS HOLDINGS, INC.

294 Grove Lane East
Suite 120
Wayzata, MN 55391

**Services rendered during January 2017**

| | | |
|---|---:|---:|
| Handle payroll matters. | $ | 960.00 |
| Expenses - Postage. | | 48.76 |
| Work related to financial statements; Engagement letter. | | 2,575.00 |
| Total | $ | 3,583.76 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 5,063.40 | 0.00 | 0.00 | 0.00 | 0.00 | 5,063.40 |

Payment Terms - Net 30 Days
Interest will be charged at a rate of 12% on balances over 60 days.

7101 Northland Circle, Suite 123,
Minneapolis, MN 55428

**Carlson Advisors, LLP**
**Employee Timesheet Detail**
**WIP Date From 1/1/2017 To 1/31/2017**

| Client # | Client Name | WIP Date | Last Name | Service | Service Description | Hours | WIP Amount | Reference |
|---|---|---|---|---|---|---|---|---|
| **B160 Fee/Employment Application** | | | | | | | | |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/6/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.25 | 67.5 | *Internal* engagement letter |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/6/2017 | RADINTZ | 11007 | 1120S Admin Support | 0.25 | 16.25 | engagement letter |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/6/2017 | RADINTZ | 74530 | PSAN Admin Support | 0.25 | 16.25 | engagement letter |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/6/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.5 | 135 | *Internal* engagement letter and email to marty |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/6/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.5 | 135 | *Internal* tax engagement letter |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/6/2017 | WILLS | 75050 | GEN Other (descr. required) | 1 | 155 | Make engagement letter |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/11/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.5 | 125 | *Internal* review petition |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/18/2017 | KRAY | 75050 | GEN Other (descr. required) | 1 | 270 | *Internal* declaration and call with attorney |
| | Total | | | | | 4.25 | 920.00 | |
| **B200 Operations** | | | | | | | | |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/4/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.25 | 67.5 | *Internal* tax return to gary |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/9/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.25 | 62.5 | *Internal* December information |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/9/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.25 | 62.5 | *Internal* email from gary |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/10/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.5 | 125 | *Internal* review updated gls and reconciliations |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/10/2017 | WILLS | 75050 | GEN Other (descr. required) | 0.5 | 77.5 | Review fixed asset files, add fixed assets and disposals, correspondence with Gary regarding reports. |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/10/2017 | KRAY | 75050 | GEN Other (descr. required) | 3 | 750 | *Internal* review december reconciliations and general ledger details |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/12/2017 | KRAY | 75050 | GEN Other (descr. required) | 1.5 | 375 | *Internal* review december financial statements |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/13/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.5 | 135 | *Internal* draft email and review updated version of December financial statements |
| | Total | | | | | 6.75 | 1,655.00 | |
| **B240 Tax Issues** | | | | | | | | |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/12/2017 | BRAUNIG | 60015 | CWU Review/Checking | 1.5 | 105 | Onsite at DakP for Q4 processing |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/25/2017 | BRAUNIG | 60025 | CWU Correspondence | 0.25 | 17.5 | various emails about 1099s |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/28/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.25 | 67.5 | *Internal* reviewing 1099 information received |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/29/2017 | SCHUTTE | 60010 | CWU Data Input | 2 | 130 | enter 1099 information |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/30/2017 | QUILLING | 62050 | Other (Description required) | 0.25 | 15 | 2016 1099's |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/30/2017 | ROBINSON | 60270 | PRTX W-2/Annual Filings | 0.5 | 31 | Working on the Q4 pr return |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/30/2017 | BRAUNIG | 60220 | PRTX Quarterly Reports | 1 | 70 | Prep Q4 |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/30/2017 | BRAUNIG | 60220 | PRTX Quarterly Reports | 1 | 70 | Review and correct 1099s |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/31/2017 | BAUMANN | 19002 | Misc. Review/Checking | 0.1 | 11 | *Internal* Reviewed 1099's for accuracy. |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/31/2017 | DUCOSIN | 60270 | PRTX W-2/Annual Filings | 1.5 | 97.5 | Process 1099s & W2s |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/31/2017 | BRAUNIG | 60220 | PRTX Quarterly Reports | 2.5 | 175 | Process 1099 for Dakp, DPTS and Marketing 2016 |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/31/2017 | ROBINSON | 60270 | PRTX W-2/Annual Filings | 2.75 | 170.5 | Q4 pr returns, 941, 940, MN withholding, ND withholding, MN UI, ND UI, submit W2's to SSA, submit W2's to MN, submit W2's to ND, TRGS, backup paperwork for reviewer, put in for review. |
| | Total | | | | | 13.6 | 960.00 | |
| **Expenses Incurred** | | | | | | | | |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/31/2017 | TRULY | 80100 | BEXP Postage and Courier | 0 | 4.6 | (PVD) |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 1/31/2017 | TRULY | 80100 | BEXP Postage and Courier | 0 | 44.16 | (PVD) $16.56 + $27.60 = $44.16 |
| | | | | | | 0 | 48.76 | |
| | Totals | | | | | 24.6 | 3,583.76 | |

# Carlson Advisors, LLP
Certified Public Accountants
Management Consultants
*Taking Your Future Into Account*

Invoice No. 189527
Date 03/10/2017
Client No. 110280.000

**DAKOTA PLAINS HOLDINGS, INC.**

294 Grove Lane East
Suite 120
Wayzata, MN 55391

**Services rendered during February 2017**

| | |
|---|---:|
| Handle payroll matters. | $ 395.50 |
| Work related to financial statements. | 1,080.00 |
| Expenses - Postage. | 4.14 |
| Total | $ 1,479.64 |

| 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 5,063.40 | 0.00 | 0.00 | 0.00 | 0.00 | 5,063.40 |

Payment Terms - Net 30 Days
Interest will be charged at a rate of 12% on balances over 60 days.

7101 Northland Circle, Suite 123,
Minneapolis, MN 55428

**Carlson Advisors, LLP**
**Employee Timesheet Detail**
**WIP Date From 2/1/2017 To 2/28/2017**

| Client Code.C | Client Name | WIP Date | Last Name | Service | Service Description | Hours | WIP Amount | Reference |
|---|---|---|---|---|---|---|---|---|
| **B200 Operation Issues** | | | | | | | | |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 2/8/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.5 | 135.00 | *Internal* january information from Gary |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 2/8/2017 | KRAY | 75050 | GEN Other (descr. required) | 1.5 | 405.00 | *Internal* review reconciliations and general ledger detail for Marketing, Sand and DPTS and email to Gary on questions |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 2/9/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.25 | 67.50 | *Internal* review updated general ledger detail and reconciliations for DPTS |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 2/9/2017 | KRAY | 75050 | GEN Other (descr. required) | 1.25 | 337.50 | *Internal* review DAKP general ledger detail and reconciliations |
| | **Total Operation Issues** | | | | | | 945.00 | |
| **B240 Tax Issues** | | | | | | | | |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 2/1/2017 | DUCOSIN | 60270 | PRTX W-2/Annual Filings | 0.1 | 6.50 | Finish processing 1099s |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 2/3/2017 | BRAUNIG | 60220 | PRTX Quarterly Reports | 0.25 | 17.50 | Reprint W-2 |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 2/10/2017 | BRAUNIG | 60010 | CWU Data Input | 1 | 70.00 | Review and remit tax payments for Q4 |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 2/15/2017 | ROBINSON | 60010 | CWU Data Input | 0.75 | 45.75 | Enter North Dakota Employees and SS for Pam |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 2/15/2017 | BRAUNIG | 60215 | PRTX Payments | 2 | 140.00 | Create WSI report and submit, resubmit tax payments |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 2/16/2017 | ROBINSON | 60110 | PR Data Input | 0.75 | 45.75 | SS # SPREADSHEET FOR NORTH DAKOTA EMPLOYEES FOR PAM |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 2/24/2017 | BRAUNIG | 60120 | PR Reports/File Queries/Paymen | 1 | 70.00 | Change address for 7 employees and resend W-2s |
| | **Total Tax Issues** | | | | | | 395.5 | |
| **Expenses Incurred** | | | | | | | | |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 2/4/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.5 | 135.00 | *Internal* invoicing |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 2/10/2017 | TRULY | 80100 | BEXP Postage and Courier | 0 | 0.46 | |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 2/16/2017 | TRULY | 80100 | BEXP Postage and Courier | 0 | 0.46 | |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 2/24/2017 | TRULY | 80100 | BEXP Postage and Courier | 0 | 3.22 | (PJB) 7 x .46 = $ 3.22 |
| | **Total Expenses Incurred** | | | | | | 139.14 | |
| | Total for Services rendered in February 2017 | | | | | | 1,479.64 | |

# Carlson Advisors, LLP

Certified Public Accountants
Management Consultants
*Taking Your Future Into Account*

Invoice No. 190237
Date 04/04/2017
Client No. 110280.000

DAKOTA PLAINS HOLDINGS, INC.

294 Grove Lane East
Suite 120
Wayzata, MN 55391

**Services rendered during March 2017**

| | |
|---|---:|
| Handle payroll matters. | $ 105.00 |
| Work related to financial statements and bankruptcy reporting. | 675.00 |
| Expenses - Postage. | 0.46 |
| Preparation and e-filing of extension of the 2016 tax return.. | 20.75 |
| Total | $ 801.21 |

| 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 5,864.61 | 0.00 | 0.00 | 0.00 | 0.00 | 5,864.61 |

Payment Terms - Net 30 Days
Interest will be charged at a rate of 12% on balances over 60 days.

7101 Northland Circle, Suite 123,
Minneapolis, MN 55428

**Carlson Advisors. LLP**
**Employee Timesheet Detail**
**WIP Date From 3/1/2017 To 3/31/2017**

| Client Code. | Client Name | WIP Date | Last Name | Service | Service Description | Hours | WIP Amount | Reference |
|---|---|---|---|---|---|---|---|---|
| **B200 Operation Issues** | | | | | | | | |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 3/20/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.25 | 67.50 | *Internal* review responses from Gary on questions related to general ledger details |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 3/20/2017 | KRAY | 75050 | GEN Other (descr. required) | 1.5 | 405.00 | review general ledger details for all companies and email to gary on questions |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 3/23/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.25 | 67.50 | *Internal* review updated general ledger detail for Gary |
| | **Total Operation Issues** | | | | | | 540.00 | |
| **B240 Tax Issues** | | | | | | | | |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 3/4/2017 | BALLWEG | 10003 | 1120 Prepare Extension | 0.1 | 11.00 | |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 3/4/2017 | RADINTZ | 10007 | 1120 Admin Support | 0.15 | 9.75 | efile extension |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 3/9/2017 | BRAUNIG | 60110 | PR Data Input | 0.75 | 52.50 | Pay IRS notice penalties for dishonored payments and re send W-2s to employees |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 3/20/2017 | BRAUNIG | 60015 | CWU Review/Checking | 0.75 | 52.50 | Phone call with ND workforce and email w-2 |
| | **Total Tax Issues** | | | | | | 125.75 | |
| **Expenses Incurred** | | | | | | | | |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 3/4/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.25 | 67.50 | *Internal* Bankruptcy reporting for February Services |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 3/10/2017 | TRULY | 80100 | BEXP Postage and Courier | 0 | 0.46 | (PJB) 1099 |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 3/10/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.25 | 67.50 | *Internal* drafting invoices |
| | **Total Expenses Incurred** | | | | | | 135.46 | |
| | Total for Services rendered in March 2017 | | | | | | 801.21 | |

# Carlson Advisors, LLP

Certified Public Accountants
Management Consultants
*Taking Your Future Into Account*

Invoice No. 192033
Date 05/08/2017
Client No. 110280.000

DAKOTA PLAINS HOLDINGS, INC.

294 Grove Lane East
Suite 120
Wayzata, MN 55391

**Services rendered during April 2017**

| | |
|---|---:|
| Review of financial information. | $ 270.00 |
| Tax Matters. | 385.00 |
| Invoicing and review of fee application. | 148.50 |
| Total | $ 803.50 |

| 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 803.50 | 5,864.61 | 0.00 | 0.00 | 0.00 | 6,668.11 |

Payment Terms - Net 30 Days
Interest will be charged at a rate of 12% on balances over 60 days.

7101 Northland Circle, Suite 123,
Minneapolis, MN 55428

**Carlson Advisors, LLP**
**Employee Timesheet Detail**
**WIP Date From 4/1/2017 To 4/30/2017**

| Client Code.C Client Name | WIP Date | Last Name | Service | Service Description | Hours | WIP Amount | Reference |
|---|---|---|---|---|---|---|---|
| **B200 Operation Issues** | | | | | | | |
| 110280.000 DAKOTA PLAINS HOLDINGS, INC. | 4/14/2017 | KRAY | 75050 | GEN Other (descr. required) | 1.00 | 270.00 | *Internal* review general ledger details for march |
| Total Operation Issues | | | | | | 270.00 | |
| **B240 Tax Issues** | | | | | | | |
| 110280.000 DAKOTA PLAINS HOLDINGS, INC. | 4/1/2017 | KRAY | 10011 | 1120 Other (descr. required) | 0.50 | 135.00 | *Internal* w/ joel on tax filing requirements |
| 110280.000 DAKOTA PLAINS HOLDINGS, INC. | 4/4/2017 | KRAY | 10011 | 1120 Other (descr. required) | 0.50 | 135.00 | *Internal* w/ joel on information needed for 2016 tax return due to bankruptcy |
| 110280.000 DAKOTA PLAINS HOLDINGS, INC. | 4/5/2017 | STANISLOWS | 60270 | PRTX W-2/Annual Filings | 0.25 | 12.50 | process corrected 1099 |
| 110280.000 DAKOTA PLAINS HOLDINGS, INC. | 4/5/2017 | BRAUNIG | 60220 | PRTX Quarterly Reports | 0.50 | 35.00 | Correct 1099 |
| 110280.000 DAKOTA PLAINS HOLDINGS, INC. | 4/17/2017 | KRAY | 10011 | 1120 Other (descr. required) | 0.25 | 67.50 | *Internal* extension information to gary and marty |
| Total Tax Issues | | | | | | 385.00 | |
| **Expenses Incurred** | | | | | | | |
| 110280.000 DAKOTA PLAINS HOLDINGS, INC. | 4/4/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.30 | 81.00 | *Internal* invoicing for March and email on Fee Application |
| 110280.000 DAKOTA PLAINS HOLDINGS, INC. | 4/14/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.25 | 67.50 | *Internal* fee application |
| Total Expenses Incurred | | | | | | 148.50 | |
| Total Services Rendered in April 2017 | | | | | | 803.50 | |

**Carlson Advisors, LLP**
**Employee Timesheet Detail**
**WIP Date From 5/1/2017 To 6/30/2017**

| Client Code. | Client Name | WIP Date | Last Name | Service | Service Description | Hours | WIP Amount | Reference |
|---|---|---|---|---|---|---|---|---|
| **B200 Operation Issues** | | | | | | | | |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 5/5/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.25 | 67.50 | *Internal* Review April services and draft invoice |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 5/9/2017 | KRAY | 75050 | GEN Other (descr. required) | 1.00 | 270.00 | *Internal* review bankruptcy filings |
| | Total Operation Issues | | | | | | 337.50 | |
| | Total Services Rendered in May 2017 | | | | | | 337.50 | |

**Carlson Advisors, LLP**
**Employee Timesheet Detail**
**WIP Date From 7/1/2017 To 8/14/2017**

| Client Code | Client Name | WIP Date | Last Name | Service | Service Description | Hours | WIP Amount | Reference |
|---|---|---|---|---|---|---|---|---|
| **B180 Fee/Employment Application** | | | | | | | | |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 7/7/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.50 | 135.00 | *Internal* billing for may and june |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 7/11/2017 | KRAY | 75050 | GEN Other (descr. required) | 2.00 | 540.00 | *Internal* review fee application and review time since january and make changes to fee application |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 8/2/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.50 | 135.00 | *Internal* pc w/ andrew on fee application and timing |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 8/10/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.25 | 67.50 | *Internal* email on fee application |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 8/14/2017 | KRAY | 75050 | GEN Other (descr. required) | 1.00 | 270.00 | *Internal* Updated Fee Application |
| | Total | | | | | 4.25 | 1,147.50 | |
| **B200 Operations** | | | | | | | | |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 7/14/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.50 | 135.00 | *Internal* 2012 and 2013 bank statements for Gary |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 7/19/2017 | WILLS | 75050 | GEN Other (descr. required) | 1.50 | 232.50 | Time gathering bank recs, bank statements, check ledgers, CC detail, etc. for Gary |
| | Total | | | | | 2.00 | 367.50 | |
| **B240 Tax Issues** | | | | | | | | |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 8/3/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.25 | 67.50 | *Internal* review IRS claim |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 8/3/2017 | HENLEY | 10005 | 1120 Client Representation | 1.75 | 498.75 | call from marty re IRS claim. review files for filings. tc internal re filings and whether claim should exist. emails thereon |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 8/3/2017 | WILLS | 10001 | 1120 Preparation | 1.75 | 271.25 | time spent looking into form 720 and pcs with Joel regarding the same |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 8/4/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.25 | 67.50 | *Internal* w/ matt and joel on irs communication |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 8/4/2017 | WILLS | 75050 | GEN Other (descr. required) | 0.50 | 77.50 | With Joel on Notice |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 8/4/2017 | HENLEY | 10005 | 1120 Client Representation | 2.00 | 570.00 | discussion with baker hostetler attorney jimmy regarding IRS claim.meet with Matt Wills regarding appropriate response to IRS |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 8/7/2017 | KRAY | 75050 | GEN Other (descr. required) | 0.25 | 67.50 | *Internal* w/ joel and matt on response to IRS claim |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 8/7/2017 | WILLS | 75050 | GEN Other (descr. required) | 2.00 | 310.00 | Gather info and write letter regarding IRS claim |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 8/14/2017 | HENLEY | 10005 | 1120 Client Representation | 1.00 | 285.00 | IRS matter regarding claim response w matt |
| 110280.000 | DAKOTA PLAINS HOLDINGS, INC. | 8/14/2017 | WILLS | 75050 | GEN Other (descr. required) | 1.00 | 155.00 | Meeting with Joel regarding IRS proof of claim |
| | Total | | | | | 10.75 | 2,370.00 | |
| | **Totals** | | | | | **17.00** | **3,885.00** | |