UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

DAKOTA PLAINS HOLDINGS, INC.

Case No: 16–43711 – MER

Debtor(s)

Chapter 11 Case

## ORDER FOR REPORT OF PAYMENTS MADE UNDER CHAPTER 11 PLAN

A plan was confirmed on September 25, 2017. Michael F. McGrath, the attorney for the proponent of the plan, and the proponent, are hereby ordered to complete, date and sign the report below following the instructions therein, and file same with the clerk within 14 days after the date of this order.

Dated: 9/25/17

Michael E Ridgway
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on September 25, 2017
Lori Vosejpka Clerk, United States Bankruptcy Court
By: michaels Deputy Clerk

**Report Instructions:** The proponent is required to report to the court, and the clerk is required to report to the Administrative Office of the United States Courts, regarding money paid postpetition but preconfirmation and paid or to be paid under a confirmed chapter 11 plan. Payments to be made in the future must necessarily be estimated based upon the exact future payments provided for by the plan. The attorney for the proponent, and the proponent, are accordingly required to complete and file this report. Each item should be answered: if None, so state. Please remember that all payments made postpetition to date, and all payments to be made hereafter, for all preconfirmation debts and certain administrative expenses, including all attorney fees in the case, are to be included and combined if necessary to answer each item listed below.

**Certain Administrative Expense Payments**

1. Fees paid or to be paid to Attorney for Debtor(s)   $ 715,901

2. Compensation paid or to be paid to Trustee if any   $ 37,700

3. Fees paid or to be paid to Attorney for Trustee   $ None

4. Total all fees paid or to be paid to other professional persons if any   $ 1,018,754

5. Total all items paid or to be paid to all of above for reimbursement of expenses.   $ 54,529

**Payments to All Creditors**

6. All payments made or to be made to secured creditors including tax lien claims   $ 8,436,453

7. All payments made or to be made to unsecured priority creditors including taxes   $ 729,368

8. Grand total all claims allowed or allowable at unsecured nonpriority   $ Undetermined

9. Percent divided paid or to be paid on the general unsecured non–priority claims   $ Undetermined

The above information and report is provided to the best of my knowledge, information and belief under Fed. R. Bankr. P. 9011(a).

Elizabeth A. Green
Baker & Hostetler LLP
200 S. Orange Avenue, Suite 2300
Orlando, FL 32801

Attorney's Name, Address, Telephone and Attorney License Number

Signed: _Martin J Beckman_
Proponent   Martin J Beckman, CFO
Dated: 10/9/2017

Signed: /s/ Elizabeth A. Green
Attorney for Proponent

Dated: October 9, 2017

mnbopy11 12/13