# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

                                                       Case No. **BKY 16-43711**

**DAKOTA PLAINS HOLDINGS, INC.**

Debtor(s)                                                       **Chapter 11 Case**

## ORDER AND FINAL DECREE CLOSING CHAPTER 11 CASE

A plan having been confirmed by the court in this chapter 11 case on **SEPTEMBER 25, 2017**; and the debtor in possession or the chapter 11 trustee having filed a final report and account with respect to administration of the estate in this case, and the estate having been fully administered:

IT IS ORDERED, that, the chapter 11 trustee (if a trustee has been appointed), is discharged and the case is closed.

Dated: _____*January 3, 2018*_____

                                                           */e/ Michael E. Ridgway*
                                                           United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/03/2018*
Lori Vosejpka, Clerk, by CL

08/11/94;0105;122009;050814.